1  Susan E. Bishop (SBN 187253)
   PRATT & ASSOCIATES
2  The Pruneyard Tower I
   1901 S. Bascom Avenue, Suite 350
3  Campbell, CA  95008
   Telephone:  (408) 369-0800
4  Facsimile:  (408) 369-0752

5  Attorneys for Plaintiff
   CHONG'S PRODUCE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN OF CALIFORNIA

10                     SAN JOSE DIVISION

11                                          Case No.  C09 00693 JW RS
   CHONG'S PRODUCE, INC.
12
                                            (PROPOSED) AMENDED JUDGMENT
13          Plaintiff,                       UNDER THE PERISHABLE
                                            AGRICULTURAL COMMODITIES ACT
14      v.                                  (7 U.S.C. §499E)

15  THE PRODUCE COMPANY, INC. dba
   WESTSIDE PRODUCE, a California
16  Corporation; CHARLES M. O'NEIL,
   individually, and DOES 1 to 10,
17
            Defendants.
18

19

20          A Complaint was filed by Plaintiff Chong's Produce, Inc. against Defendants The Produce

21  Company, Inc. dba Westside Produce and Charles M. O'Neil on February 17, 2009.  On February

22  18, 2009, this Court issued a Temporary Restraining Order against The Produce Company.

23          A hearing on Plaintiff's motion for Preliminary Injunction and Motion to Consolidate the

24  Trial on the Merits was heard on January 23, 2009 at 9:00 a.m.  Susan E. Bishop appeared as

25  counsel for Plaintiff.  Defendant did not appear.

26          Accordingly, **IT IS HEREBY ORDERED:**

27          A.      Chong's Produce is a valid trust beneficiary of The Produce Company, Inc.

28  pursuant to Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the aggregate amount of $60,360.28,

                                         -1-
   [PROPOSED] AMENDED JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT
                            (7 U.S.C. §499E)

1    exclusive of interest and attorneys' fees and costs for violation of PACA by failing to maintain

2    PACA trust assets and failing to pay Chong's Produce promptly under 7 U.S.C. §§499b(4) and

3    (e)(c)(2).

4            B.      Starting in August 2008, Plaintiff began selling Produce to Westside Produce in

5    interstate commerce, and Westside Produce purchased from Plaintiff produce in the amount of

6    $60,360.28.  Plaintiff delivered the Produce to Westside Produce and Westside Produce accepted

7    the Produce from Plaintiff but Westside Produce failed to pay the invoices related to those orders.

8    As of February 13, 2009, Westside Produce has failed to pay the principal balance due of

9    $60,360.28.

10           C.      Charles O'Neil, as the President of Westside Produce, O'Neil had a duty to ensure

11   that Westside Produce fulfilled its duties as a PACA trustee, and maintained PACA Trust Assets in

12   such a manner so as to ensure there were, at all times, sufficient Trust Assets available to satisfy all

13   outstanding PACA trust obligations, such as that owed to Plaintiff, as they became due.  O'Neil

14   breached his fiduciary duty to direct Westside Produce to fulfill its duty as a PACA trustee to

15   preserve and maintain sufficient PACA Trust Assets to pay Plaintiff for the Produce supplied by it

16   to Westside Produce. As a direct result of O'Neil's breach of fiduciary duty, Plaintiff has incurred

17   damages in the amount of $60,360.28, plus interest from the date each invoice became past due,

18   costs and attorneys' fees.  O'Neil is personally liable to Plaintiff for the breach of their fiduciary

19   duty in dissipating the PACA trust.

20           D.      After this Court issued its initial judgment, Plaintiff filed a motion for attorneys' fees

21   and costs.  On May 12, 2009, the Court granted Plaintiff's motion and ordered Defendants to pay

22   attorneys' fees and costs in total amount of $4,925.00 within 30 days.

23           E.      An Amended Judgment is hereby entered in favor of Plaintiff Chong's Produce Inc.

24   and against The Produce Company, Inc. and Charles O'Neil, jointly and severally in the amount of

25   $65,285.28.

26   ///

27   ///

28   ///

Pratt & Associates

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

-2-

1    **IT IS SO ORDERED** in Chambers at San Jose, California this __26__ day of May 2009.

2

3

4                                                         _____

5                                                         Honorable Judge James Ware
                                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
[PROPOSED] AMENDED JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT
(7 U.S.C. §499E)

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

**CASE NAME:** Chong's Produce v. The Produce Co., Inc et al.- **Case Number:** CV09-00693 JW

### PROOF OF SERVICE

I am a citizen of the United States. My business address is The PruneYard Tower I, 1901 South Bascom Avenue, Ste. 350, Campbell, CA 95008. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause.

On May 13, 2009, I served the following document described as:

**(PROPOSED) AMENDED JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. §499E)**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Campbell, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (408) 297-2774 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date after 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such documents to be delivered by hand to the offices of

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| CHARLES M. O'NEIL<br>1481 Picadilly Pl.<br>Campbell, CA 95008 | Authorized Agent for Defendants THE PRODUCE COMPANY, INC., dba WESTSIDE PRODUCE, a California Corporation. |
|---|---|

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court whose direction of the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2009 at Campbell, California.

_____/s/ Emily A. Khasin_____
Emily A. Khasin

PROOF OF SERVICE

Pratt & Associates

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752